UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL ARDEN JONES,<br><br>                Petitioner,<br><br>   -against-<br><br>JOSEPH CAPUTO,<br><br>                Respondent. | 22-CV-1640 (LTS)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued March 3, 2022, dismissing the petition,

     IT IS ORDERED, ADJUDGED AND DECREED that the petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 is dismissed without prejudice. Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 3, 2022
             New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge